UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:   6:25-cv-1347

SHAWN M. KESLING, a single man

        Plaintiff,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

        Defendant.
_____/

## COMPLAINT

The Plaintiff, SHAWN M. KESLING ("Plaintiff, KESLING") by and through the undersigned attorneys, sues the Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida Limited Partnership, d/b/a UNIVERSAL ORLANDO RESORT ("Defendant, UNIVERSAL"), and in support of his lawsuit states the following:

1. This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

2. At all times material hereto, the Plaintiff, KESLING was, and is, a resident of Gainesville, Alachua County, Florida.

3. At all times material hereto, the Defendant, UNIVERSAL was authorized to do business in the State of Florida, and in fact, doing business in Orlando, Orange County, Florida.

1

4. At all times materials hereto, the Defendant, UNIVERSAL, owned, operated, maintained and/or controlled the amusement park containing a ride known as the "Hollywood Rip Ride Rockit," located at 6000 Universal Boulevard, Orlando, Orange County, Florida 32819.

5. The Hollywood Rip Ride Rockit is a high-speed steel roller coaster that climbs approximately 136 feet, reaches a top speed of 65 miles per hour, and exhibits one non-inverting loop. This roller coaster's only restraint is a lap-bar. It fails to provide any head and/or neck restraints for its riders.

6. On or about April 17, 2025, the Plaintiff, KESLING, was lawfully on the premises of Defendant UNIVERSAL as a business invitee and decided to ride the Hollywood Rip Ride Rockit.

7. While riding the Hollywood Rip Ride Rockit, Plaintiff, KESLING experienced the roller coaster's unreasonably violent movements and unreasonably dangerous acceleration and gravitational forces, which, in turn, caused Plaintiff, KESLING's head to shake violently and strike forcefully against his seat's headrest multiple times.

8. As a direct and proximate result of the aforementioned incident, Plaintiff, KESLING sustained permanent injuries as more particularly set forth below.

### COUNT I – NEGLIGENCE

Plaintiff restates and realleges Paragraphs 1 through 8 above as if fully set forth herein, and further state:

9. At all times material hereto the Defendant, UNIVERSAL, by and through their agents, employees, and/or servants had a duty to operate and maintain the ride known as the "Hollywood Rip Ride Rockit" in a reasonably safe manner and condition in order to prevent injury to invitees, and in particular, to the Plaintiff, KESLING.

10. At all times material hereto the Defendant, UNIVERSAL, by and through their agents, employees and/or servants, breached the above duty as follows:

    a. By failing to adequately, properly and sufficiently warn Plaintiff, KESLING of the unreasonably dangerous G-Forces created by the Hollywood Rip Ride Rockit, of which Defendant, UNIVERSAL had actual and constructive knowledge;

    b. By failing to adequately, properly and sufficiently warn Plaintiff, KESLING of the unreasonably dangerous acceleration forces created by the Hollywood Rip Ride Rockit, of which Defendant, UNIVERSAL had actual and constructive knowledge;

    c. By failing to provide neck restraints on the seats of the Hollywood Rip Ride Rockit's trains;

    d. By failing to provide head restraints on the seats of the Hollywood Rip Ride Rockit's trains;

    e. By allowing the Hollywood Rip Ride Rockit to operate with only a lap bar as each rider's only restraint;

f. By failing to adequately, properly and sufficiently warn and instruct Plaintiff, KESLING that the lack of head and/or neck restraints on the Hollywood Rip Ride Rockit's trains—coupled with the coaster's unreasonably dangerous G-forces and/or acceleration forces—could cause riders' heads to shake unreasonably violently, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

g. By failing to adequately, properly and sufficiently warn and instruct that the lack of head and/or neck restraints on the Hollywood Rip Ride Rockit's trains—coupled with the coaster's unreasonably dangerous G-Forces and/or acceleration forces—could cause riders' heads to strike unreasonably forcefully against the train seat's headrest, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

h. By failing to adequately, properly and sufficiently warn of the unreasonably unsafe conditions created by the violent and rough nature of the Hollywood Rip Ride Rockit, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

i. By failing to adequately, properly and sufficiently implement reasonable procedures and/or mechanisms necessary to protect

invitees from head/brain injuries despite Defendant, UNIVERSAL having actual knowledge the Hollywood Rip Ride Rockit had previously caused riders to sustain head/brain injuries injuries.

11. As a direct, proximate and foreseeable result of the negligence of the Defendant, UNIVERSAL, by and through their agents, employees and/or servants, the Plaintiff, KESLING, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition, including but not limited to a traumatic brain injury. Defendant, UNIVERSAL's aforementioned negligence also caused the Plaintiff KESLING, to lose wages and suffer loss of future earning capacity. The losses are either permanent or continuing and Plaintiff, KESLING, will suffer the losses in the future.

WHEREFORE, Plaintiff, KESLING, demands judgment for damages against the Defendant, UNIVERSAL, together with interest, costs, and trial by jury of all issues triable as a right by jury.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via e-mail pursuant to Florida Rule of Judicial Administration 2.516 to Nicholas D. Freeman, Esquire and J. Peter Greco, Esquire, WILSON ELSER

MOSKOWITZ EDELMAN & DICKER, LLP, Attorneys for Defendant, 111 North Orange Avenue, Suite 1200, Orlando, Florida 32801 at Nicholas.Freeman@wilsonelser.com; Peter.Greco@wilsonelser.com; Daniela.Ezeta@wilsonelser.com; Esther.Mitchell@wilsonelser.com; and Erica.Weaver@wilsonelser.com on this 18th day of July, 2025.

    KRUPNICK CAMPBELL MALONE
    BUSER SLAMA HANCOCK, P.A.
    Attorneys for Plaintiff
    350 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, Florida  33301
    Telephone:  (954) 763-8181
    Facsimile:   (954) 763-8292

BY:_____
    JOSEPH J. SLAMA
    Florida Bar No.: 476171
    JUSTIN BAILEY
    Florida Bar No.: 1018459
    MICHAEL T. FERGUSON
    Florida Bar No: 1025156
    Pleadings-JJS@krupnicklaw.com